■ In the Matter of the Arbitration between KEMIKALIJA, IMPORT-EXPORT and ASSOCIATED METALS & MINERALS CORPORATION.— Motion for a stay granted on the terms and conditions contained in the order to show cause herein. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ In the Matter of DANIEL F. O'BRIEN v. THEODORE H. LANG.— Motion for leave to file a brief *amicus curiæ* denied with leave to renew upon showing that there is an appeal pending in this court and the status thereof, and that this court has jurisdiction. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ ELIZABETH C. GRANT v. NATIONAL BROADCASTING COMPANY.— Motion for leave to appeal as a poor person and for other relief granted only insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed appellant's points on the attorney for respondent and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court on or before December 4, 1962, with notice of argument for the January 1963 Term of this court, said appeal to be argued or submitted when reached. The order of this court, entered on June 7, 1962, is modified accordingly. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ REGINALD FINKLE v. CITY OF NEW YORK et al.— Motion to dispense with printing granted only insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the attorneys for defendants-respondents and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ SYLVIA HANDLER v. JACK K. HANDLER.— Motion for a stay granted on the terms and conditions contained in the order to show cause dated July 20, 1962. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ CARL R. BLOMGREN v. TINTON 763 CORP. et al.— Motion to dispense with printing granted only insofar as to dispense with the printing in the record on appeal of certain exhibits which are set forth in the moving papers herein on condition that the originals thereof are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument and on the further condition that appellants serve a copy of said exhibits on the attorneys for the respondents, together with the record on appeal. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ In the Matter of GEORGE F. NIEBLING et al. v. ROBERT F. WAGNER et al. — Motion to dispense with printing granted insofar as to dispense with the printing in the record on appeal of all exhibits on condition that the originals or one copy of each exhibit are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. In all other respects the motion is denied. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ IRVING ROSENBAUM v. DALE FACTORS CORP. et al.— Motion for an order striking the papers on appeal denied, without prejudice, however, to the respondents submitting the papers of the instant case on file with the Clerk of New York County as an exhibit upon the argument of this appeal. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.